Stanley Howard **SHIVES**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 38016.

Missouri Court of Appeals,
Western District.

Nov. 4, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Elizabeth A. Levin, Asst. Atty. Gen., for respondent.

Before BERREY, P.J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).